UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME JULIUS BROWN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-2249 NAB |
| | ) | |
| ANDREW TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiffs' pro se complaint. The complaint is defective because it has not been drafted on the Court's form. *See* Local Rule 2.06(A). Also, plaintiffs must either pay the filing fee or submit separate motions to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send plaintiffs a copy of the Court's civil complaint form and two copies of the motion to proceed in forma pauperis form and financial affidavits.

**IT IS FURTHER ORDERED** that plaintiffs must file an amended complaint on the Court's form within twenty-one (21) days of the date of this Order. Both plaintiffs must sign the amended complaint.

**IT IS FURTHER ORDERED** that, no later than twenty-one (21) days of the date of this Order, plaintiffs must either pay the $400 filing fee or submit separate motions to proceed in forma pauperis.

**If plaintiffs do not comply with this Order, the Court will dismiss this action without further notice.**

Dated this 15th day of August, 2017.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# _____ DIVISION

_____)
                                                                        )
_____)
                                                                        )
_____)
(Enter above the full name of the Plaintiff[s]     )
in this action.)                                                 )
                                                                        )
                                                                        )
            - vs -                                              )
                                                                        )           Case No. _____
_____)                     (To be assigned by Clerk
                                                                        )                  of District Court)
_____)
                                                                        )
_____)
                                                                        )
_____)
                                                                        )
_____)
(Enter above the full name of **ALL** Defend-   )
ant[s] in this action.  Fed. R. Civ. P. 10(a)         )
requires that the caption of the <u>complaint</u>   )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient.        )
Please attach additional sheets if necessary.    )

## **COMPLAINT**

I.   State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

II. Plaintiff, _____ resides at

_____, _____, _____,
street address                       city         county

_____, _____, _____.
state         zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)










III. Defendant, _____ lives at, or its business is located at

_____, _____, _____,
street address                       city         county

_____, _____.
state           zip code

(if more than one defendant, provide the same information for each defendant below)

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

V.  Relief: State briefly and exactly what you want the Court to do for you.

VI. **MONEY DAMAGES:**

   **A)**  Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

   **YES**                                                **NO**

   **B)**  If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

   **YES**                                                **NO**

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Plaintiff(s)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

_____, )
                                                                     )
            Plaintiff(s),                    )
                                                                      )
v.                                                             )        No. _____
                                                                     )
_____, )
                                                                   )
            Defendant(s).               )

## MOTION TO PROCEED IN FORMA PAUPERIS
## AND FINANCIAL AFFIDAVIT

      I, _____, hereby apply for leave to proceed in this action without prepayment of fees or costs and without giving security therefor. In support of this application, I declare that the following facts are true:

        (1)    I am the plaintiff in this case and I believe I am entitled to relief.

        (2)    Because of my poverty I am unable to prepay the costs of this proceeding or to give security therefor.

        (3)    The nature of my action, defense, or appeal is briefly stated as follows:

      I declare under penalty of perjury that the foregoing is true and correct. Executed on _____, 20_____.

                                                       _____
                                                                     Signature of plaintiff

✎CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____

FOR _____
AT _____

LOCATION NUMBER ▶

PERSON REPRESENTED (Show your full name) ▶ _____

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

DOCKET NUMBERS
Magistrate
District Court ▶
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**
Are you now employed? ☐ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: _____
**IF YES,** how much do you earn per month? $ _____
**IF NO**, give month and year of last employment How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
**IF YES,** how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED     SOURCES
**IF YES**, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____
THE SOURCES

**CASH** Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No **IF YES**, state total amount $ _____

**PROP-ERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
VALUE     DESCRIPTION
**IF YES**, GIVE THE VALUE AND $ _____
DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
___ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED
Total No. of Dependents _____
List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ _____
(OR PERSON REPRESENTED)

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

_____, )
)
       Plaintiff(s), )
)
v. ) No. _____
)
_____, )
)
       Defendant(s). )

**MOTION TO PROCEED IN FORMA PAUPERIS
AND FINANCIAL AFFIDAVIT**

I, _____, hereby apply for leave to proceed in this action without prepayment of fees or costs and without giving security therefor. In support of this application, I declare that the following facts are true:

    (1)    I am the plaintiff in this case and I believe I am entitled to relief.

    (2)    Because of my poverty I am unable to prepay the costs of this proceeding or to give security therefor.

    (3)    The nature of my action, defense, or appeal is briefly stated as follows:

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____, 20_____.

_____
Signature of plaintiff

✎CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| | |
|---|---|
| **IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | |
| IN THE CASE OF _____ V.S. _____ | FOR _____<br>AT _____ |
| | LOCATION NUMBER ▶ |

PERSON REPRESENTED (Show your full name) ▶ _____

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

DOCKET NUMBERS
Magistrate
District Court ▶
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: _____
**IF YES,** how much do you earn per month? $ _____
**IF NO**, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
**IF YES**, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
**IF YES,** GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____   SOURCES _____

**CASH** Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No **IF YES**, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
**IF YES**, GIVE THE VALUE AND DESCRIBE IT
VALUE $ _____   DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
  SINGLE
  MARRIED
  WIDOWED
  SEPARATED OR DIVORCED
Total No. of Dependents _____
List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ _____
(OR PERSON REPRESENTED)